UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Masa

                         Petitioner,    :

        -against-    :

Federal Bureau of Prisons,    :    ORDER

                    Respondent.    :

                            :    24 cv 2902 (ALC)

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      By Order dated June 17, 2024, the Court ordered Plaintiff to pay the filing fee or submit an IFP application by July 17, 2024 and that failure to do so would result in this action being dismissed without prejudice. ECF No. 5. Plaintiff has not paid the filing fee or submitted an IFP application. Therefore, this action is dismissed without prejudice.

      The Clerk of the Court is respectfully requested to close the case.

   **SO ORDERED.**

**Dated:**  May 1, 2026

       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**

1